IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH LENTON | : | CIVIL ACTION |
|     Appellant, | : | |
| | : | |
| v. | : | No. 07-178 |
| | : | |
| UNITED STATES TRUSTEE | : | |
|     Appellee. | : | |
| | : | |
| In re: | : | Chapter 13 |
| | : | |
| KENNETH LENTON, | : | Bankr. No. 06-10520 |
|     Debtor. | : | |

**ORDER**

**AND NOW**, this 29th day of June, 2009, upon consideration of Appellant's appeal (doc. nos. 1, 3 & 7), Appellee's response in opposition (doc. no. 6), oral argument held on March 27, 2009, and for the reasons stated in the accompanying Memorandum Opinion, it is **ORDERED** that Appellant's appeal is **DISMISSED** as moot. The Clerk of Court is directed to mark this case closed.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**